JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOZBEH TAT,<br><br>                      Plaintiff,<br><br>              v.<br><br>STATE OF CALIFORNIA, CITY OF LOS ANGELES, LOS ANGELES DEPARTMENT OF MENTAL HEALTH, PUBLIC GUARDIAN, CIA, and POLICE DEPARTMENT,<br><br>                      Defendants. | Case No. 2:25-cv-05874-MCS-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case and Denying Application, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 11, 2025

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1